UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 1

| SKYHIGH TECH LLC |
| :-- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No. 25-00065

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

### PROTEST

| Port(s) of Entry: | 5501 | Center (if known): | CEE003 |
| :-- | :-- | :-- | :-- |
| Protest Number: | 550125107264 | Date Protest Filed: | 3/7/2025 |
| Importer: | SKYHIGH TECH LLC | Date Protest Denied: | 4/7/2025 |
| Category of Merchandise: | Drones | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| :-- | :-- | :-- | :-- | :-- | :-- |
| See | Attached | Schedule | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner, Esq.
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 2425
New York, NY 10017
jkenner@strtrade.com / 212-549-0137

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
|  | Statutory Basis | Statement of Value |
| Appraised: |  |  |
| Protest Claim: |  |  |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
|  | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
|  |  |  |  |  |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Deemed exclusion of merchandise

The issue which was common to all such denied protests:

Deemed exclusion of merchandise

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Jason M. Kenner, Esq.
_____
*Signature of Plaintiff's Attorney*

4/7/2025
_____
*Date*

## SCHEDULE OF PROTESTS

CEE003
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Detention | Date of Deemed Exclusion | Port Code |
|---|---|---|---|---|---|---|---|
| 550125107264 | 3/7/2025 | 04/07/2025 | NGU-00314706 | 09/09/2024 | 09/19/2024 | 10/19/2024 | 5501 |
| | | | NGU-00314722 | 09/09/2024 | 09/19/2024 | 10/19/2024 | 5501 |
| | | | NGU-00314748 | 09/09/2024 | 09/19/2024 | 10/19/2024 | 5501 |
| | | | NGU-00312700 | 09/09/2024 | 09/20/2024 | 10/20/2024 | 5501 |
| | | | NGU-00313807 | 09/08/2024 | 10/01/2024 | 10/31/2024 | 5501 |
| | | | NGU-00313823 | 09/08/2024 | 10/01/2024 | 10/31/2024 | 5501 |
| | | | NGU-00313815 | 09/08/2024 | 09/20/2024 | 10/20/2024 | 5501 |
| | | | NGU-00317972 | 09/12/2024 | 10/01/2024 | 10/31/2024 | 5501 |
| | | | NGU-00317980 | 09/12/2024 | 10/01/2024 | 10/31/2024 | 5501 |
| | | | NGU-00317782 | 09/12/2024 | 10/01/2024 | 10/31/2024 | 5501 |
| | | | NGU-00317816 | 09/12/2024 | 10/01/2024 | 10/31/2024 | 5501 |
| | | | NGU-00317808 | 09/12/2024 | 10/01/2024 | 10/31/2024 | 5501 |
| | | | NGU-00325942 | 09/23/2024 | 10/01/2024 | 10/31/2024 | 5501 |