**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 7**

|                        |
|:----------------------:|
| Plaintiff,             |
| v.                     |
| Defendant.             |

Court No.
and Attached Schedule

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: _____

_____
Attorney for Plaintiff

_____
Street Address

_____
City, State and Zip Code

_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
|  |  |  |  |

Order of Dismissal

     The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                                                     Clerk, U. S. Court of International Trade

                                                               By: */s/ giselle Almonte*
                                                                            Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)